PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

**Name of Offender:** Michael Eugene Darvin  **Case Numbers:** 3:08-00016-001

**Name of Sentencing Judicial Officer:** The Honorable Aleta A. Trauger, U.S. District Judge

**Date of Original Sentence:** February 2, 2009

**Original Offense:** 18 U.S.C. § 922(g) Felon in Possession of a Firearm

**Original Sentence:** 51 months' custody followed by 3 years' supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** September 14, 2012

**Assistant U.S. Attorney:** Philip Wehby  **Defense Attorney:** Patrick Frogge

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 6th day of May, 2013, and made a part of the records in the above case.

_Eric Illarmo_
Eric Illarmo
U.S. Probation Officer

_Aleta A. Trauger_
Aleta A. Trauger
U.S. District Judge

Place   Nashville, Tennessee

Date   April 30, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **It is further ordered that the defendant shall have no contact with the victim of his domestic assault, Shanna Ramirez, without prior permission of the Probation Office.**

   On March 9, 2013, the Court ordered the defendant to have no contact with Shanna Ramirez without permission. On April 25, 2013, the defendant admitted ongoing contact with Ms. Ramirez via telephone. He stated he last saw her in person in July 2012, when Ms. Ramirez brought the defendant lunch, at his request. The defendant did not have permission to have contact with Ms. Ramirez.

   The defendant was reprimanded and directed to cease contact with Ms. Ramirez. He claimed that, despite his efforts to comply, Ms. Ramirez calls him constantly. He corroborated this statement by showing the probation officer his cell phone which indicated that Ms. Ramirez calls the defendant multiple times per day.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Michael Eugene Darvin began his term of supervised release on September 2, 2011, and is currently scheduled to complete his term on September 1, 2014. He has been employed by Ricoh America, as a machine operator, since February 25, 2013.

As previously reported, on December 28, 2011, the defendant was arrested for Domestic Violence in Manchester, Coffee County, Tennessee, after striking the victim, Shanna Ramirez. The defendant and Ms. Ramirez were involved in a romantic relationship. At the time of his arrest, Mr. Darvin was outside the judicial district without the probation officer's permission.

On February 2, 2012, the defendant pled guilty as charged in his state case, and on March 9, 2012, this Court revoked the defendant's supervised release. The defendant was sentenced to 90 days in home confinement, with GPS monitoring. He was further ordered to have no contact with the victim of his domestic assault, Shanna Ramirez, without prior permission of the probation office.

**Update of Offender Characteristics:**
There is no additional information relevant to this section that has not already been provided in this petition.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervised release with no further action taken at this time. This matter has been reported to Assistant U.S. Attorney Philip Wehby, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer